In re Scramuzza, Alfred; Terranova, Patricia; Terranova, Margaret; Key, John M.; Key, Alice Fuselier; Key, John Scott; Key, Shelby Stumpf; Putnam, Floyd H.; Putnam, Christine P.; Rumold, John L.; Rumold, Helen E.; Lafranca, Joseph J. Jr.; Lafranca, Ninette V.; Martin, Louis P.; Lee, Kwong Yet; Lee, Henry; Babin Pauline Landis; Yankovich, Yvonne Babin; Babin, Louis L. Jr.; Piazza, Vivian Babin; Babin, Lawrence L.; Doskey, Robert J.; American Land & Development; Larsen Motor Lines Inc.;— Defendant(s); applying for writ of certiorari and/or review; Parish of St. Charles, Twenty-Ninth Judicial District Court, Div. “E”, No. 33,997 C/W; to the Court of Appeal, Fifth Circuit, Nos. 95-CA-0786, 95-CA-0796.
Granted. (Consolidated with No. 96-C-1796, 681 So.2d 1255).
VICTORY, J., not on panel.